**IT IS ORDERED as set forth below:**

**Date: June 19, 2018**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| JOHN LINDELL WEST-GRANT, | ) | CASE NUMBER A18-53173 |
| | ) | |
| DEBTOR | ) | JUDGE CAVENDER |

**CONSENT ORDER ON TRUSTEE'S OBJECTION TO PROPERTY TRANSFER(S) THAT MAY BE AVOIDABLE UNDER 11 U.S.C. §§ 544, 547, AND 548.**

The Trustee objected to the confirmation of this case on the basis that the Debtor(s) testified that he paid $2,000.00 to his parents, and such payment may constitute an avoidable preference or transfer pursuant to 11 U.S.C. §§547 and/or 548. In resolution of the Trustee's objection regarding this matter, an agreement was reached between counsel for the Debtor, counsel for the Trustee, and the Transferee. It is hereby

**ORDERED** that the Debtor(s) shall pay no less than $2,000.00 to the general, unsecured creditors during the Chapter 13 case.

**IT IS FURTHER ORDERED** that the period for a Trustee avoiding the aforementioned

transfer is tolled for the entire time period in which this Chapter 13 case is pending in the event that the Debtor converts this case to one under Chapter 7 or files a Chapter 7 within one year of the dismissal of the instant case.

The Clerk of the Court is directed to serve this Order on the parties included in the attached distribution list.

**END OF DOCUMENT**

PRESENTED BY:

/s/
Julie M. Anania
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE, Ste 120
Atlanta, GA  30303
(678) 992-1201

CONSENTED BY:

/s/
Howard P. Slomka
Attorney for the Debtor
GA Bar No. 652875
2859 Paces Ferry Rd. SE
Overlook III, Suite 1700
Atlanta, GA 30390
404-800-4001

CONSENTED BY:

Tamika West-Grant

## DISTRIBUTION LIST

John Lindell West-Grant
631 Masters Drive
Stone Mountain, GA 30087

Howard Slomka, Esq.
Slipakoff & Slomka, P.C.
2859 Paces Ferry Road SE
Suite 1700
Atlanta, GA 30339

Tamika West-Grant
631 Masters Drive
Stone Mountain, GA 30087

Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303